COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Matter of B.M.

Appellate case number:    01-18-00898-CV

Trial court case number:   18-CJV-021629

Trial court:            County Court at Law No. 2 of Fort Bend County

Appellant, B.M., has filed a notice of appeal of the trial court's "Waiver of Jurisdiction and Order of Transfer to a Criminal District Court Pursuant to Texas Family Code Section 54.02(a)." *See* TEX. FAM. CODE ANN. §§ 54.02, 56.01(c)(1)(A). We abated the appeal, remanded the case, and directed the juvenile court to determine whether appointed counsel should be allowed to withdraw from representation of appellant and new counsel should be appointed to represent appellant on appeal. *See id.* § 56.01(d)(2), (3). The trial court clerk has filed a supplemental clerk's record that contains a signed docket sheet notation, stating "Cary Faden [appointed] to replace Brian Middleton" and "Ralph Gonzalez allowed to [withdraw] from case."

Accordingly, we reinstate the appeal on the Court's active docket. The Clerk of this Court is directed to note Cary Faden's appearance as appointed counsel for appellant on appeal, and Brian Middleton's and Ralph Gonzalez's withdrawal as counsel for appellant on the docket of this Court. Ralph Gonzalez's motion to withdraw as counsel, filed on December 7, 2018, is **dismissed as moot**.

**Appellant's brief is due to be filed in this Court no later than 20 days from the date of this order. No extensions will be granted absent extraordinary circumstances.** [1] *See* TEX. R. APP. P. 38.6(a), (d).

---

[1] This Court is required to bring the appeal to final disposition within 180 days of October 3, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015).

It is so ORDERED.

Judge's signature: ___/s/ Julie Countiss_____
                             ☑ Acting individually    ☐ Acting for the Court

Date: __January 3, 2019____